IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN D. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 05-861-GPM |
| PRESTON K. JOHNSON, IV, | ) |
| Defendant. | ) |

# JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On December 20, 2005, the Court ordered Plaintiff to file a certified copy of his trust fund account statement within 30 days, warning him that failure to comply would result in dismissal of this action. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Following Plaintiff's failure to file that document or any other response within the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to comply with an Order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

02/28/06                                                              By: s/ G. Patrick Murphy
*Date*                                                                        *District Judge*